**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR 03-00120S
)
Tomma Botelho )

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before U.S. District Judge William E. Smith, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant is in need of her passport as proof of valid identification in order to return to Rhode Island after having served eighteen months incarceration in West Virginia,

**ORDERED** that the defendant's passport be released and returned to the Clerk's Office upon her arrival in Providence, Rhode Island.

**ENTERED** as an order of this Honorable Court the 12th day of September, 2005.

ENTER:

U.S. District Judge

PER ORDER:

Deputy Clerk