United States District Court
For The District of Rhode Island

UNITED STATES of America )
)
v. ) CR 03-00120S
)
Tomma Botelho )
)

# MOTION TO RELEASE PASSPORT

I am requesting that my passport be returned to me because my case is closed and I have paid my restitution in full.

3-5-07

Tomma Grimshaw

128 Sagamore Road
Cranston, RI
02920

401-709-9474

Certificate of Service

I hereby certify that I have given a copy to the US attorney's office.

Tonna Simshaw
3-5-07